[Cite as *12/02/2002 Case Announcements,* 2002-Ohio-6488.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## December 2, 2002

## MOTION AND PROCEDURAL RULINGS

**2002–1454. State ex rel. Weist v. Cuyahoga Cty. Bd. of Commrs.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion and the motion of intervenor Ohio State Association of Veteran Service Commissioners et al. for extensions of time to file merit briefs pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motions for extension of time be, and hereby are, granted, and relators' and intervenor's merit briefs are due on or before December 12, 2002.

IT IS FURTHER ORDERED by the court that the remainder of the briefing schedule as ordered in this court's October 23, 2002 entry remain in effect.

**2002–1455. State ex rel. Weist v. Mason.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion and the motion of intervenor Ohio State Association of Veteran Service Commissioners et al. for extensions of time to file merit briefs pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motions for extension of time be, and hereby are, granted, and relators' and intervenor's merit briefs are due on or before December 12, 2002.

IT IS FURTHER ORDERED by the court that the remainder of the briefing schedule as ordered in this court's October 23, 2002 entry remain in effect.

## DISCIPLINARY CASES

**2000–2230. Cincinnati Bar Assn. v. Keplar.**

On August 15, 2001, this court permanently disbarred respondent, J. Andrew Keplar, Attorney Registration No. 0040841. On June 13, 2002, this court issued an order directing respondent to show cause why he should not be found in contempt for failure to comply with the August 15, 2001 order, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before September 14, 2001, and failure to pay board costs on or before November 13, 2001. On June 24, 2002, respondent filed an affidavit of compliance, and on June 27, 2002, he filed a response to the show cause order. Upon consideration thereof,

IT IS ORDERED by this court that respondent, J. Andrew Keplar, be, and hereby is, found in contempt for failure to comply with the court's August 15, 2001 order, to wit, failure to pay board costs in the amount of $1,747.57. It is further ordered that this matter be referred to the Attorney General for collection of board costs, including any accrued interest.

PFEIFER, J., dissents and would dismiss the cause.

## MISCELLANEOUS DISMISSALS

**2002–1035. Sisson v. Zaino.**

Board of Tax Appeals, No. 99–L–1352. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appears from the records of this court that appellant has not filed a merit brief, due November 19, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.